

# NUMBER 13-13-00504-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE ROSARIO GALLEGOS

## On Petition for Writ of Mandamus
## and Motion for Emergency Stay.

## ORDER

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Per Curiam Order

Relator, Rosario Gallegos, filed a petition for writ of mandamus and motion for emergency stay in the above cause on September 23, 2013. The Court, having examined and fully considered the motion for emergency stay, is of the opinion that said motion should be granted. The motion for emergency stay is hereby GRANTED, and the trial court's order of September 19, 2013, granting Jose Eloy Vela a writ of possession for real property, is ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally

decided."). The Court requests that the real party in interest, Jose Eloy Vela, or any other person or entity whose interest would be directly affected by the relief sought, including but not limited to the "Estate of Edward E. Pyle and Occupants" as referenced in the subject order, by and through counsel, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
24th day of September, 2013.